Case: 1:14-cv-01789 Document #: 60-5 Filed: 08/31/16 Page 1 of 3 PageID #:234

Δ-π EXHIBIT 27
Deponent Alabi
Date 12-14-16 Rptr.
WWW.DEPOBOOK.COM

## Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: SMITH, MATTHEW
Patient Type: Visit CHS
Birth Date: 5/28/1979
Gender: Male

Admission Date: 3/22/2012
Discharge Date: 6/1/2012
FIN: 20120322134

MRN: 00259475z; 004815218c

CMRN: 1009922694

### Neurology Assessment

**Neurology Assessment**

| Recorded Date | 5/5/2012 | 5/31/2012 | | |
|---|---|---|---|---|
| Recorded Time | 16:57 CDT | 20:02 CDT | | |
| Recorded By | PITTS,ALEXANDER B | PITTS,ALEXANDER B | | |
| Procedure | | | Units | Reference Range |
| Hallucinations Present | None | None | | |

Order Comments
O1: Initial Intake Screening
Intake Screening generated by admit rule

### Nursing Hand Off Communication

**Nursing Hand Off Communication**

| Recorded Date | 3/25/2012 | | |
|---|---|---|---|
| Recorded Time | 02:16 CDT | | |
| Recorded By | YBARRA,BENNY | | |
| Procedure | | Units | Reference Range |
| Mode of Arrival | Walked | | |
| Accompanied By | DOC | | |

### Nursing Note Inpt

Document Type:
Service Date/Time:
Result Status:
Perform Information:
Sign Information:

Nursing Note Inpt
3/22/2012 19:02 CDT
Auth (Verified)
HOLLINGSWORTH RN,SHARON (3/22/2012 19:02 CDT)
HOLLINGSWORTH RN,SHARON (3/22/2012 19:02 CDT)

**Nursing Progress Note Entered On: 03/22/2012 19:11**
**Performed On: 03/22/2012 19:02 by HOLLINGSWORTH RN, SHARON**

**Nursing Progress Note**
*Nursing Progress Note :*
CALLED TO BULLPEN TO EVALUATE A COMBATIVE DETAINEE. DR N. JONES NOTIFIED OF PT.CONDITION. DR. LASSEN PSYCHIATRIST AND I WITH MHS SPECIALIST BOWIE TO BULLPEN TO EVALUATE. PT.WHO WAS PROFUSELY SWEATING, THRASHING IN BULLPEN, NO SHIRT OR SHOES. TRYING TO KICK THE OFFICERS AND SPITTING. UNABLE TO INTERVIEW PT IN INTAKE DUE TO QUESTIONABLE PSYCOTIC EPISODE OR DRUG INDUCED

Report Request ID: 20535541         Page 94 of 106         Facility: CHS
                                                          Location: RCDC-DISCH

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

SAO Smith 000727

## Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: SMITH, MATTHEW
Patient Type: Visit CHS
Birth Date: 5/28/1979
Gender: Male

Admission Date: 3/22/2012
Discharge Date: 6/1/2012
FIN: 20120322134

MRN: 00259475z; 004815218c

CMRN: 1009922694

---

### Nursing Note Inpt

STATE TO BE TRANSFERRED DIRECTLY TO 2N, FOR FURTHER EVAL AND SAFETY. PT RAMBLING AND VERBALLY ABUSIVE AND UNCOOPERATIVE.

HOLLINGSWORTH RN, SHARON - 03/22/2012 19:02

---

Document Type: Nursing Note Inpt
Service Date/Time: 3/22/2012 21:18 CDT
Result Status: Auth (Verified)
Perform Information: MERCADO JUDE RN, MONINA (3/22/2012 21:18 CDT)
Sign Information: MERCADO JUDE RN, MONINA (3/22/2012 21:18 CDT)

**Nursing Progress Note Entered On: 03/22/2012 21:54**
**Performed On: 03/22/2012 21:18 by MERCADO JUDE RN, MONINA**

**Nursing Progress Note**
*Nursing Progress Note :* Seen alert, verbal, but confused, at 1945. Applied the C- collar, and, backboard, then started the IVF on his right a.c., gauge 20, intact, infusing well, negative infiltration. Medicated with Haldol 5 mgs. IM, and, Lorazepam 2 mgs. IM, on his right deltoid muscle. Transferred to JHS-ER, for BHT r/o orbital fracture, r/o abdominal trauma, at 2120.

MERCADO JUDE RN, MONINA - 03/22/2012 21:18

---

Document Type: Nursing Note Inpt
Service Date/Time: 3/22/2012 23:56 CDT
Result Status: Modified
Perform Information: ALABI RN, AUGUSTUS (3/22/2012 23:56 CDT)
Sign Information: ALABI RN, AUGUSTUS (3/24/2012 15:49 CDT); ALABI RN, AUGUSTUS (3/24/2012 15:47 CDT); ALABI RN, AUGUSTUS (3/22/2012 23:56 CDT)

**Nursing Progress Note Entered On: 03/23/2012 00:05**
**Performed On: 03/22/2012 23:56 by ALABI RN, AUGUSTUS**

**Nursing Progress Note**
*Nursing Progress Note :* S-Pt said nurse I don't want no help.
O- Affect is full range, mood is angry.
A- Pt's mouth is bloody. He is agitated and combative, and kicking officers that brought him from receiving.
P- While pt is being treated to clean blood off his mouth area he refused treatment. I don't want your help, he said. Pt. was being help to be placed on a gurney, he started kicking and hitting officers. He fell once, denies pain or any further injury. He was transported to ER for further evaluation. No admission was done because of standing protocol for the pt to be evaluated in ER before he is admitted on 2 north.

ALABI RN, AUGUSTUS - 03/24/2012 15:49

{{S-Pt said nurse I don't want no help.
O- Affect is full range, mood is angry.
A- Pt's mouth is bloody. He is agitated and combative, and kicking officers that brought him from receiving.}}

Report Request ID: 20535541        Page 95 of 106        Facility: CHS
                                                          Location: RCDC-DISCH

CONFIDENTIAL: If the reader of this report is not the intended recipient, or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

## Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: SMITH, MATTHEW
Patient Type: Visit CHS
Birth Date: 5/28/1979
Gender: Male

Admission Date: 3/22/2012
Discharge Date: 6/1/2012
FIN: 20120322134

MRN: 00259475z; 004815218c

CMRN: 1009922694

### Nursing Note Inpt

~~P. While pt is being treated to clean blood off his mouth area he refused treatment. I don't want your help, he said. Pt. was being help to be placed on a gurney, he started kicking and hitting officers. He fell once, denies pain or any further injury. He was transported to ER for further evaluation.~~
~~| previously charted by ALABI RN, AUGUSTUS at 03/24/2012 15:47 |;~~
~~{ |S Pt said nurse I don't want no help.~~
~~O Affect is full range, mood is angry.~~
~~A Pt's mouth is bloody. He is agitated and combative, and kicking officers that brought him from receiving.~~
~~P While pt is being treated to clean blood off his mouth area he refused treatment. I don't want your help, he said. Pt. was being help to be placed on a gurney, he stated kicking and hitting officers. He fell once, denies pain or any further injury. He was transported to ER for further evaluation.~~
~~| previously charted by ALABI RN, AUGUSTUS at 03/22/2012 23:56 |;~~

Document Type:
Service Date/Time:
Result Status:
Perform Information:
Sign Information:

Nursing Note Inpt
3/25/2012 03:41 CDT
Auth (Verified)
BERMUDEZ RN,PERFECTO (3/25/2012 03:41 CDT)
BERMUDEZ RN,PERFECTO (3/25/2012 03:41 CDT)

**Nursing Progress Note Entered On: 03/25/2012 04:20**
**Performed On: 03/25/2012 03:41 by BERMUDEZ RN, PERFECTO**

**Nursing Progress Note**
*Nursing Progress Note :* S=" I WAS BEATEN UP 2-3 DAYS AGO, I HAVE A LOT OF WOUNDS, MY EYES ARE MESSED UP"
O=PATIENT FROM STROGERS HOSPITAL, RECEIVED FROM CERMAK ED, AOX3 ABLE TO EXPRESSED NEEDS, AMBULATORY WITH MAJOR COMPLAIN OF "BEING BEATEN UP 2-3 DAYS AGO", BOTH EYES ARE RED, C/O BLURRED VISION, WITH MULTIPLE CONTUSIONS TO BODY, LEFT SHOULDER AREA APPEARS BURNT, NO ACTIVE BLEEDING, POST CHEST TUBE SITE TO RIGHT SIDE DRY. BOTH LEGS WITH SEVERAL ABRASIONS, RIGHT HAND SWOLLEN BUT ABLE TO MOVE, RESPIRATION NONLABORED..ABLE TO COMPLY ON ADMISSION PROCESS.
A=PATIENT DENIES PAIN AT PRESENT, FOCUSED ON GETTING TO BED TO GET SOME REST
P=WILL CONTINUE TO MONITOR PATIENT AND REFER AS NEEDED.

BERMUDEZ RN, PERFECTO - 03/25/2012 03:41

Document Type:
Service Date/Time:
Result Status:
Perform Information:
Sign Information:

Nursing Note Inpt
3/25/2012 14:31 CDT
Auth (Verified)
AMAYA RN,NORMA (3/25/2012 14:31 CDT)
AMAYA RN,NORMA (3/25/2012 14:31 CDT)

**Nursing Progress Note Entered On: 03/25/2012 14:32**
**Performed On: 03/25/2012 14:31 by AMAYA RN, NORMA**

Report Request ID: 20535541

Page 96 of 106

Facility: CHS
Location: RCDC-DISCH

CONFIDENTIAL: If the reader of this report is not the intended recipient, or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

SAO Smith 000729